AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-00288 RLP | 04/02/2018 1:37 pm | n/a |

Inventory made in the presence of:
HSI SA D.Sakamoto

Inventory of the property taken and name of any person(s) seized:

Extraction of phone data.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 5 2018

at 8 o'clock and 46 min. AM
SUE BEITIA, CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/04/2018

*Executing officer's signature*

Amy Garon, Special Agent
*Printed name and title*

ORIGINAL

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>MOTOROLLA MOTO SMART PHONE (808) 854-4355,<br>CURRENTLY LOCATED AT 595 ALA MOANA BLVD,<br>HONOLULU, HI 96813 | )<br>)<br>) Case No. 18-00288 RLP<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Hawaii _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before *April 12, 2018* *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *March 29, 2018 @ 1339*

City and state: Honolulu, HI

RICHARD L. PUGLISI, US Magistrate Judge
*Printed name and title*

## ATTACHMENT A

The property to be searched is a Verizon Motorolla Moto smartphone with a black glass face and silver back in a black case, hereinafter the "DEVICE." The DEVICE is currently located at 595 Ala Moana Blvd., Honolulu, HI 96813.

This warrant authorizes the forensic examination of the DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

ATTACHMENT A

## ATTACHMENT B

1. All records on the DEVICE described in Attachment A that relate to violations of Title 21 USC, Section(s) 846, 841(a)(1) & (b)(1)(A), and involve Oscar ROBLES RAMOS since January 2018, including:

    a. lists of customers and related identifying information;

    b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    c. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    d. any information recording ROBLES RAMOS' schedule or travel from January 2018 to the present;

    e. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the DEVICE at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.